UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROBERT MALIK,<br><br>      Plaintiff,<br><br>  v.<br><br>REYNAL CALDWELL, WARDEN LUTH and WARDEN MOSS,<br><br>      Defendants. | Case No. 15-cv-138-JPG-DGW |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of defendants Reynal Caldwell and Warden Moss and against plaintiff Robert Malik, and that those claims are dismissed with prejudice; and

IT IS FURTHER ORDERED AND ADJUDGED that plaintiff Robert Malik's claims against defendant Warden Luth are dismissed without prejudice.

DATED: January 9, 2017      JUSTINE FLANAGAN, Acting Clerk of Court

                                            *s/Tina Gray*, **Deputy Clerk**

**Approved:**   s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**